**Order entered March 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01107-CR

**DAVID RICHARDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24896-U**

## ORDER

The reporter's record was due on December 19, 2018. When it was not filed, we notified court reporter Sasha Brooks by postcard dated December 21, 2018 and instructed her to file, by January 21, 2019, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. On February 4, 2019, Ms. Brooks filed an extension request which we granted, making the record due by March 7, 2019. On March 13, 2019, Ms. Brooks filed a second request for extension of time, asking for an additional thirty days.

We **GRANT** the request. We **ORDER** court reporter Sasha Brooks to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, the complete reporter's record in this appeal. Further extensions are disfavored. We caution Ms. Brooks that the failure to file the

complete reporter's record within thirty days will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a timely fashion, which may include ordering Ms. Brooks not to sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE